*Please Return to Chalos*
*Anti-Suit Bearing Fund*

Swain, O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
OPTIMA CHARTERING LTD.,

                Plaintiff,

     v.

MERCHANT MARINE MANAGEMENT S.A., and
REFINED PRODUCTS SEAWAYS LTD.,

                Defendants.
----------------------------------------------------------------x

09 CV 6217 (LTS)

**ORDER**

09 civ 6217 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 2 2009

WHEREAS, on July 10, 2009, OPTIMA CHARTERING LTD. ("OPTIMA" or "Plaintiff") instituted the present action seeking, *inter alia*, the attachment of assets of MERCHANT MARINE MANAGEMENT S.A. ("MMM"), and REFINED PRODUCTS SEAWAYS LTD. ("Refined") (collectively "Defendants"), within this district pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure as security for Plaintiff's claims against Defendants in arbitration, and

WHEREAS, the Verified Complaint seeks damages against Defendants in the amount of $ 59,154.62 including interest, costs of arbitration and attorneys' fees, and

WHEREAS, on or about July 17, 2009, this Court granted an order of attachment against Defendants' property, and

WHEREAS, on or about July 17, 2009, this Court accepted this matter as related to "Optima Chartering Ltd. v. C-Petrol Shipping Lines Ltd., et al., Docket Number 09 CV 1219 (LTS)" by virtue of common debts owed by Defendant, MMM, and

WHEREAS, pursuant to an order of attachment against Defendants' property issued in connection with "Optima Chartering Ltd. v. C-Petrol Shipping Lines Ltd., et al., Docket Number

Chalos & Co, P.C. Ref: 2001.022

09 CV 1219 (LTS)," Plaintiff served Process of Maritime Attachment and Garnishment within this district upon Deutsche Bank which, on or about February 19, 2009, attached, and is now holding pending further order of this Court, six (6) wire transfers, totaling funds in the amount of $26,160.00 belonging to MMM, and

WHEREAS, the $26,160.00 now held by Deutsche Bank should be deposited in an interest bearing account in the custody of the Clerk of the Court pending further order of this Court,

THEREFORE, it is hereby Ordered that:

1. Pursuant to the "Order for the Deposit of Funds in an Interest Bearing Account in the Custody of the Clerk of the Court," issued in connection with "Optima Chartering Ltd. v. C-Petrol Shipping Lines Ltd., et al., Docket Number 09 CV 1219 (LTS)," Garnishee Deutsche Bank shall promptly wire transfer $26,160.00 to the account of the Clerk of the United States District Court for the Southern District of New York at the United States Treasury, referencing "Optima Chartering Ltd. v. C-Petrol Shipping Lines Ltd., et al., Docket Number 09 CV 1219 (LTS)" and "Optima Chartering Ltd. v. Merchant Marine Management S.A., Docket Number 09 CV 6217 (LTS)."

2. The deposit shall remain in the custody of the Clerk of this Court pending the completion of the underlying arbitration, and/or pending other stipulation executed by all parties and so ordered by this Court or until such time as this Court orders the release of said funds pursuant to application by either party.

Chalos & Co ref: 2001.022

3. This case shall be dismissed without prejudice, subject to reopening upon the request of either party to the Court, for purposes of effectuating the release of the deposited funds from the Clerk of this Court as set forth above.

Dated: July 28, 2009
Oyster Bay, New York

Respectfully Submitted:

CHALOS & CO, P.C.
Attorneys for Plaintiff
Optima Chartering Ltd.

By: _____
George M. Chalos (GC-8693)
123 South Street
Oyster Bay, NY 11771
Tel: (516) 714-4300
Fax: (516) 750-9051

SO ORDERED:

_____ August 14, 2009
Honorable Laura T. Swain, U.S.D.J.